FILED
07 DEC 17 AM 9:44

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case Number: '07 MJ 2913 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 21, U.S.C., Sections 952 and 960 Importation of a Controlled Substance |
| Bertha BARRERAS, ) Defendant, ) | |

The undersigned complaint being duly sworn states:

On or about December 14, 2007, within the Southern District of California, Bertha BARRERAS did knowingly and intentionally import approximately .5 kilograms of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 17th DAY OF DECEMBER, 2007.

Hon. William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

I, Special Agent Andrew Flood, declare under penalty of perjury, the following is true and correct:

On December 14, 2007, at approximately 6:00 p.m., Bertha Alicia BARRERAS attempted to make entry into the United States from the Republic of Mexico through the San Ysidro, California, Port of Entry. BARRERAS was the driver of a 2000 Ford Expedition bearing California license plates 5YDX028.

Customs and Border Protection Officer (CBPO) Meza was working primary inspection at lane 23 and made contact with BARRERAS. BARRERAS provided CBPO Meza with two negative customs declarations. BARRERAS was escorted to secondary due to a computer generated referral.

A pat down search of BARRERAS was conducted by CBPO Balestreri in vehicle secondary. During the search a package was discovered taped to BARRERAS' right leg. CBPO Baumsteiger probed the contents of the package and extracted a crystaline substance, which field-tested positive for methamphetamine. BARRERAS was arrested for transportation of a controlled substance.

On December 14, 2007, at approximately 9:55 p.m., Immigration and Customs Enforcement (ICE) Special Agent (SA) Andrew Flood advised BARRERAS of her rights per Miranda in the Spanish language. ICE SA Derren Henderson and San Diego Police Detective James Dickinson witnessed this advisement of rights. BARRERAS stated she understood her rights. BARRERAS stated that she was to be paid $600 to transport the methamphetamine into the United States from Mexico.

Bertha BARRERAS was arrested and charged with violation of Title 21 United States Codes 952 & 960, Importation of a Controlled Substance. BARRERAS was booked into the Metropolitan Correctional Center, San Diego, CA.

Executed on December 15, 2007

_Andrew Flood_
Special Agent,
U.S. ICE

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on December 14, 2007, in violation of Title 21, United States Code, Section(s) 952 & 960.

_William McCurine_
Hon. William McCurine, Jr.
United States Magistrate Judge

12/15/07, 1726 hrs
Date/Time